# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Tyler J. Lacombe, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:14-cv-00216-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn Colvin, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 11, 2015 Order.

February 11, 2015

Frank G. Johns, Clerk
United States District Court